# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-1639
_____

North Dakota Retail Association; North Dakota Petroleum Marketers Association; Corner Post, Inc.

Plaintiffs - Appellants

v.

Board of Governors, of the Federal Reserve System

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of North Dakota - Western
(1:21-cv-00095-DMT)
_____

**JUDGMENT**

Before SMITH, BENTON, and SHEPHERD, Circuit Judges.

This appeal from the United States District Court was initially submitted on the record of the district court, briefs of the parties and was argued by counsel and has been remanded for further consideration by order of the United States Supreme Court.

After consideration, and in accordance with the Supreme Court's decision, it is hereby ordered and adjudged that this Court's opinion of December 14, 2022 is vacated and this case is remanded to the district court for proceedings consistent with the opinion of this court.

August 21, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Maureen W. Gornik